IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
ROBERT BIRNBAUM,                    )
                                    )   2:13-cv-00095-GEB-KJN
              Plaintiff,            )
                                    )
       v.                           )   ORDER CONTINUING STATUS
                                    )   (PRETRIAL SCHEDULING)
THE VALSPAR CORPORATION, and        )   CONFERENCE
DOES 1 through 5, inclusive         )
                                    )
              Defendants.           )
_____)
```

       The Joint Status Report filed March 18, 2013 ("JSR") reveals this case is not ready to be scheduled.

       Defendant contends in the JSR: "Plaintiff was and is employed by Engineered Polymer Systems, Inc., which is a wholly owned subsidiary of The Valspar Corporation. Defendant anticipates Plaintiff will amend his complaint to name Engineered Polymer Systems, Inc. as a defendant and that The Valspar Corporation wi+ll be dismissed." (JSR 2:8-11, ECF No. 7.) However, Defendant does not state when such an amendment is anticipated,[1] and Plaintiff does not indicate whether he agrees with

---

[1] "Parties anticipating possible amendments . . . have an unflagging obligation to alert the Rule 16 scheduling judge of the . . . timing of such anticipated amendments in their status reports so that the judge can consider whether such amendments may properly be sought solely under the Rule 15(a) standard, and whether structuring discovery pertinent to the parties' decision whether to amend is feasible." Jackson v. Laureate, Inc., 186 F.R.D. 605, 608 (E.D. Cal. 1999)(internal quotation marks and citation omitted).

Defendant's representations concerning possible amendment of the Complaint. (Id. at 2:6.)

Since further information concerning these issues is necessary in determining how to schedule this action, the Status (Pretrial Scheduling) Conference scheduled for hearing on April 1, 2013, is continued to April 15, 2013, at 9:00 a.m. A further joint status report shall be filed no later than fourteen (14) days prior to the Status Conference.

IT IS SO ORDERED.

Dated: March 27, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2