IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BIRNBAUM,<br><br>        Plaintiff,<br><br>    v.<br><br>THE VALSPAR CORPORATION, and<br>DOES 1 through 5, inclusive<br><br>        Defendants. | 2:13-cv-00095-GEB-KJN<br><br>ORDER STRIKING FIRST AMENDED<br>COMPLAINT AND CONTINUING<br>STATUS (PRETRIAL SCHEDULING)<br>CONFERENCE |

      Plaintiff's First Amended Complaint for Damages, filed on April 5, 2013, is stricken since it does not comply with Local Rule 220.

      Further, the Status (Pretrial Scheduling) Conference scheduled for hearing on April 15, 2013, is continued to June 10, 2013, at 9:00 a.m. A further joint status report shall be filed no later than fourteen (14) days prior to the Status Conference.

Dated: April 8, 2013

*/s/ Garland E. Burrell, Jr.*
GARLAND E. BURRELL, JR.
Senior United States District Judge