IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT BIRNBAUM,                     )
                                     )   2:13-cv-00095-GEB-KJN
               Plaintiff,            )
                                     )
          v.                         )   ORDER STRIKING FIRST AMENDED
                                     )   COMPLAINT AND CONTINUING
THE VALSPAR CORPORATION, and         )   STATUS (PRETRIAL SCHEDULING)
DOES 1 through 5, inclusive          )   CONFERENCE
                                     )
               Defendants.           )
_____)

          Plaintiff's First Amended Complaint for Damages, filed on
April 5, 2013, is stricken since it does not comply with Local Rule 220.

          Further, the Status (Pretrial Scheduling) Conference scheduled
for hearing on April 15, 2013, is continued to June 10, 2013, at 9:00
a.m. A further joint status report shall be filed no later than fourteen
(14) days prior to the Status Conference.

Dated:  April 8, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1