IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BIRNBAUM,<br><br>                Plaintiff,<br><br>        v.<br><br>THE VALSPAR CORPORATION, and<br>DOES 1 through 5, inclusive<br><br>                Defendants. | 2:13-cv-00095-GEB-KJN<br><br>ORDER RE: SETTLEMENT AND<br>DISPOSITION |

The parties filed a "Notice of Settlement" on April 24, 2013, in which they state: "[the parties] have agreed on a settlement of this matter[,]" and "expect that a stipulated request for dismissal with prejudice will be filed with this Court on or before May 31, 2013." (ECF No. 12, 2:1-5.)

Therefore, a dispositional document shall be filed no later than May 31, 2013. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

Further, the Status Conference scheduled for hearing on June 10, 2013, is continued to commence at 9:00 a.m. on June 24, 2013, in the event no dispositional document is filed, or if this action is not

otherwise dismissed.[1] A joint status report shall be filed fourteen (14) days prior to the status conference.

IT IS SO ORDERED.

Dated: April 24, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

---

[1] The status conference will remain on calendar, because the mere representation that a case has been settled does not justify vacating a scheduling proceeding. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987)(indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2